■ In the Matter of JUDY ANDERSON, Appellant, v YASIN TISDALE, Respondent. (Appeal No. 2.) [953 NYS2d 916]—Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered February 7, 2011 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition for modification of custody.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Tisdale v Anderson* (100 AD3d 1517 [2012]). Present—Scudder, P.J., Smith, Fahey, Carni and Valentino, JJ.